THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **WADE ALLEN FRANKLIN,** | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 3:21-cv-39 (CAR) |
| v. | : | |
| | : | |
| **DR. NOWLIN,** *et al.,* | : | |
| | : | |
| Defendants. | : | |

_____

## ORDER ON REPORT RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Report and Recommendation to grant Defendant Sheriff Joe Chapman's Motion to Dismiss because Plaintiff fails to state a claim upon which relief may be granted against Defendant Chapman. Plaintiff has not filed an objection to the Recommendation, and the time for doing so has expired. This Court agrees with the findings and conclusions of the Report and Recommendation, and it [Doc. 39] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**. Defendant Sheriff Joe Chapman's Motion to Dismiss [Doc. 27] is **GRANTED**, and Plaintiff's claims against Defendant Chapman are DISMISSED for failure to state a claim.

**SO ORDERED**, this 18th day of May, 2022.

                                                S/ C. Ashley Royal_____
                                                C. ASHLEY ROYAL, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT