IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **WADE ALLEN FRANKLIN,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | No. 3:21-CV-39-CAR-CHW |
| : | |
| : | |
| **DR. NOWLIN,** *et. al.*, : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER ON RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 41] that the Court grant Defendants' Motions for Summary Judgment [Docs. 33 & 37] because the undisputed facts show that Defendants were not deliberately indifferent to a serious medical need. Plaintiff did not file an objection, and the time in which to do so has expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge.

Accordingly, the Recommendation [Doc. 41] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendants' Motions for Summary Judgment [Docs. 33 & 37] are **GRANTED**.

1

**SO ORDERED,** this 21st day of December, 2022.

                                                s/ C. Ashley Royal
                                                C. ASHLEY ROYAL, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT