IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| WADE ALLEN FRANKLIN, | * |
| Plaintiff, | * |
| v. | Case No. 3:21-CV-39(CAR) |
| | * |
| DR. NOWLIN, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Orders dated May 18, 2022 and December 21, 2022, having accepted the recommendations of the United States Magistrate Judge, in their entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of December, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk